# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3571

_____

Glenn Ronald Waite, MD,

        Appellant,

v.

Douglas D. DeLair; Delair & Delair,

        Appellees.

\*
\*
\*
\*
\* Appeal from the United States
\* District Court for the
\* District of Nebraska.
\*
\* [UNPUBLISHED]
\*

_____

Submitted: October 19, 2009
Filed: October 22, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Glenn Waite appeals the district court's[1] denial of his motion for declaratory relief. Upon careful review of the record, see Frulla v. CRA Holdings Inc., 543 F.3d 1247, 1251 (11th Cir. 2008) (standard of review), including Waite's prior unsuccessful appeal, see Waite v. DeLair, No. 00-3183, 3 Fed. Appx. 574 (8th Cir. 2001) (unpublished per curiam), we conclude that the instant appeal is governed by the law-of-the-case doctrine, see Jones v. United States, 255 F.3d 507, 510 (8th Cir. 2001) (all issues decided by appellate court become law of the case; this rule extends

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

not only to actual holdings but also to all issues implicitly settled in prior holdings); United States v. Bartsh, 69 F.3d 864, 866 (8th Cir. 1995) (law-of-the-case doctrine prevents relitigation of settled issue in case and requires courts to adhere to decisions made in earlier proceedings). Accordingly, we affirm.

_____